## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

**F I L E D**
2-6-08
FEB - 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

-v-

**Lawrence J. Skrobot et al.,
see attached sheet**

CASE NO:   **08 CR 107**

JUDGE:   **Bucklo**

IS THE DEFENDANT IN CUSTODY?     YES  ☐     NO  ☒

### NOTICE OF ARRAIGNMENT AND PLEA

The above-entitled cause has been scheduled for an arraignment and the entry of a plea on
**Thursday, February 14th, 2008 at 9:30 a.m.**                              in Courtroom   **1812**

at the Everett McKinley Dirksen Courthouse, 219 South Dearborn, Chicago, Illinois before the Honorable

Judge       **Magistrate Brown for Judge Bucklo**

You must call the United States Pretrial Services Office at (312) 435-5793 no later than 72 hours prior to your scheduled appearance in court. You will be asked to provide the Pretrial Services Office with background information that will be given to the court to assist in setting the conditions of your release. The Pretrial Services Office is located in Room 15100 of the Everett McKinley Dirksen Courthouse, 219 South Dearborn, Chicago, Illinois, 60604.

You are entitled to be represented by a lawyer at the interview with the Pretrial Services Office and at the arraignment and plea. If you cannot afford to hire a lawyer, you should contact the Federal Defender Program at (312) 621-8300 as soon as you receive this notice and an attorney will assist you. The Federal Defender Program is located at 55 East Monroe Street, Suite 2800, Chicago, Illinois, 60603.

### CERTIFICATE OF MAILING

I hereby certify that copies of this notice of arraignment and plea were mailed to:

DEFENDANT #      1

Name:            Lawrence J. Skrobot

Address:

City, State, ZIP:

AUSA:    Lisa M. Noller

DEFENDANT'S ATTORNEY

Name:      Ted Poulos

Address:          Cotsirilos,Tighe & Streicker,

City, State, ZIP:

Copies of this notice were delivered to:

☒  Court Interpreter                              ☒  Pretrial Services Office

By   Laura Springer                              Date:        2/6/08

Additional instructions regarding notice:

☒  Docketing Department to Mail Notice           ☐  Telephoned Notice by Judges Staff

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### NOTICE OF ARRAIGNMENT AND PLEA
### CERTIFICATE OF MAILING (continued)

| DEFENDANT # | 2 | DEFENDANT'S ATTORNEY | |
| --- | --- | --- | --- |
| Name: | James Robert Thomas | Name: | n/a |
| Address: | | Address: | |
| City, State, ZIP: | | City, State, | |

| DEFENDANT # | 3 | DEFENDANT'S ATTORNEY | |
| --- | --- | --- | --- |
| Name: | Varena McCloud | Name: | n/a |
| Address: | | Address: | |
| City, State, ZIP: | | City, State, ZIP: | |

| DEFENDANT # | 4 | DEFENDANT'S ATTORNEY | |
| --- | --- | --- | --- |
| Name: | Charlene Batalla | Name: | n/a |
| Address: | | Address: | |
| City, State, ZIP: | | City, State, ZIP: | |

| DEFENDANT # | 5 | DEFENDANT'S ATTORNEY | |
| --- | --- | --- | --- |
| Name: | Hattie Brooks | Name: | n/a |
| Address: | | Address: | |
| City, State, ZIP: | | City, State, ZIP: | |

| DEFENDANT # | 6 | DEFENDANT'S ATTORNEY | |
| --- | --- | --- | --- |
| Name: | Donald Thomas | Name: | n/a |
| Address: | | Address: | |
| City, State, ZIP: | | City, State, ZIP: | |

| DEFENDANT # | 7 | DEFENDANT'S ATTORNEY | |
| --- | --- | --- | --- |
| Name: | Jonathan Marchetti | Name: | Michael Marico |
| Address: | | Address: | 20 S. Clark St. #700 |
| City, State, ZIP: | | City, State, ZIP: | Chicago, IL 60603 |

| DEFENDANT # | 8 | DEFENDANT'S ATTORNEY | |
| --- | --- | --- | --- |
| Name: | Joseph Green III | Name: | Vincent Cornelius |
| Address: | | Address: | 122 S. County Farm Road |
| City, State, ZIP: | | City, State, ZIP: | Wheaton, IL 60187 |

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### NOTICE OF ARRAIGNMENT AND PLEA
### CERTIFICATE OF MAILING (continued)

DEFENDANT #    | 9 |

DEFENDANT'S ATTORNEY

Name:    Joseph Miller

Name:    Clarence L. Burch

Address:

Address:    1430 North Western Avenue

City, State, ZIP

City, State, ZIP:    Chicago, IL 60622

DEFENDANT #    | 10 |

DEFENDANT'S ATTORNEY

Name:    Alfredo Hilado

Name:    n/a

Address:

Address:

City, State, ZIP:

City, State, ZIP:

DEFENDANT #    | 11 |

DEFENDANT'S ATTORNEY

Name:    Johnny White

Name:    Lewis Meyers Jr.

Address:

Address:    25 E. Washington #1225

City, State, ZI.

City, State,    Chicago, IL 60602

DEFENDANT #    | 12 |

DEFENDANT'S ATTORNEY

Name:    Diane Robinson

Name:    Helen Kim

Address:

Address:    Federal Defender Program

City, State, ZIP:

City, State, ZIP:

DEFENDANT #    | 13 |

DEFENDANT'S ATTORNEY

Name:    John Lewis

Name:    David Koppa

Address:

Address:    130 S. Jefferson St., #500

City, State, ZIP:

City, State,    Chicago, IL 60601

DEFENDANT #    | 14 |

DEFENDANT'S ATTORNEY

Name:    James Green

Name:    n/a

Address:

Address:

City, State, ZIP:

City, State, ZIP:

DEFENDANT #    | 15 |

DEFENDANT'S ATTORNEY

Name:    Christopher Marchetti

Name:    n/a

Address:

Address:

City, State, ZIP:

City, State, ZIP:

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### NOTICE OF ARRAIGNMENT AND PLEA
### CERTIFICATE OF MAILING (continued)

| | | |
|---|---|---|
| DEFENDANT # | 16 | DEFENDANT'S ATTORNEY |
| Name: | Karl Allen | Name: Robert Willis |
| Address: | | Address: 400 W. 76th Street #201 |
| City, State, ZIP: | | City, State, ZIP: Chicago, IL 60620 |
| DEFENDANT # | 17 | DEFENDANT'S ATTORNEY |
| Name: | Alonzo Braziel | Name: Nkrumah Lumumba Hopkins |
| Address: | | Address: 1525 E. 53rd St. # 1103 |
| City, State, ZIP: | | City, State, ZIP: Chicago, IL 60615 |
| DEFENDANT # | 18 | DEFENDANT'S ATTORNEY |
| Name: | Kevin Earl | Name: n/a |
| Address: | | Address: |
| City, State, ZIP: | Chicago, IL 60655 | City, State, ZIP: |
| DEFENDANT # | | DEFENDANT'S ATTORNEY |
| Name: | | Name: |
| Address: | | Address: |
| City, State, ZIP: | | City, State, ZIP: |
| DEFENDANT # | | DEFENDANT'S ATTORNEY |
| Name: | | Name: |
| Address: | | Address: |
| City, State, ZIP: | | City, State, ZIP: |
| DEFENDANT # | | DEFENDANT'S ATTORNEY |
| Name: | | Name: |
| Address: | | Address: |
| City, State, ZIP: | | City, State, ZIP: |
| DEFENDANT # | | DEFENDANT'S ATTORNEY |
| Name: | | Name: |
| Address: | | Address: |
| City, State, ZIP: | | City, State, ZIP: |