# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☒ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Skrobot et al
FOR: Northern District of IL
AT: Eastern Division, Chicago

LOCATION NUMBER: 1812

**FILED 2-14-08 FEB 14 2008 MAGISTRATE JUDGE GERALDINE SOAT BROWN UNITED STATES DISTRICT COURT**

PERSON REPRESENTED (Show your full name): James Green

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: Soat Brown
District Court: NDIL  08CR 107-14
Court of Appeals: 08CR 107-14

CHARGE/OFFENSE (describe if applicable & check box →):  ☒ Felony  ☐ Misdemeanor
18 USC 1343, Frauds & Swindles

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☒ Am Self-Employed
- Name and address of employer: First Student School Bus Driver / Barber
- IF YES, how much do you earn per month? $ 2,200
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED: $ ___
- SOURCES: ___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE: ___
- DESCRIPTION: ___

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS:
  - ☐ SINGLE
  - ☒ MARRIED
  - ☐ WIDOWED
  - ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 3

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditor | Amt. |
|---|---|---|
| Rent | | $ 1500 |
| power | | $ 200 |
| cell phone | | $ 200 |
| water | | $ 100 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 2/14/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): James Green