**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

F I L E D
2-14-08
FEB 14 2008
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

In the Matter of

US v. Skrobot et al.

Case Number: 08 CR0107-14

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

James Green

| (A) | | (B) | |
|---|---|---|---|
| **SIGNATURE** | | **SIGNATURE** | |
| **NAME** Ralph J. Schindler, Jr. | | **NAME** Joshua M. Smith | |
| **FIRM** | | **FIRM** | |
| **STREET ADDR** LAW OFFICES OF RALPH J. SCHINDLER, 53 West Jackson Blvd Suite 818 | | **STREET ADD** LAW OFFICES OF RALPH J. SCHINDLER, 53 West Jackson Blvd Suite 818 | |
| **CITY/STATE/Z** Chicago, IL 60604 | | **CITY/STATE/** Chicago, IL 60604 | |
| **TELEPHONE I** Phone (312) 554-1040 | | **TELEPHONE** Phone (312) 554-1040 | |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** x484471 | | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** 6290793 | |
| **MEMBER OF TRIAL BAR?** YES ☑ NO ☐ | | **MEMBER OF TRIAL BAR?** YES ☐ NO ☒ | |
| **TRIAL ATTORNEY?** YES ☑ NO ☐ | | **TRIAL ATTORNEY?** YES ☐ NO ☒ | |
| | | **DESIGNATED AS LOCAL COUNSEL?** YES ☐ NO ☒ | |

| (C) | | (D) | |
|---|---|---|---|
| **SIGNATURE** | | **SIGNATURE** | |
| **NAME** Rebekah Dezso | | **NAME** Robert Gray | |
| **FIRM** | | **FIRM** | |
| **STREET ADDRE** LAW OFFICES OF RALPH J. SCHINDLER, 53 West Jackson Blvd Suite 818 | | **STREET ADD** LAW OFFICES OF RALPH J. SCHINDLER, 53 West Jackson Blvd Suite 818 | |
| **CITY/STATE/ZIP** Chicago, IL 60604 | | **CITY/STATE/** Chicago, IL 60604 | |
| **TELEPHONE N** Phone (312) 554-1040 | | **TELEPHONE** Phone (312) 554-1040 | |
| **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** 250757 (California) | | **IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** 26381-45 | |
| **MEMBER OF TRIAL BAR?** YES ☐ NO ☒ | | **MEMBER OF TRIAL BAR?** YES ☐ NO ☐ | |
| **TRIAL ATTORNEY?** YES ☐ NO ☒ | | **TRIAL ATTORNEY?** YES ☐ NO ☒ | |
| **DESIGNATED AS LOCAL COUNSEL?** YES ☐ NO ☒ | | **DESIGNATED AS LOCAL COUNSEL?** YES ☐ NO ☒ | |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.