UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 0107 |
| | ) | Judge Elaine Bucklo |
| LAWRENCE J. SKROBOT, et al. | ) | |
| Defendant | ) | |

**Motion for Leave to Travel to Orlando, Florida**

Now comes the Defendant, JAMES GREEN, by and through his attorney, Ralph J.

Schindler, Jr., and does move this court for leave for the Defendant to travel to Orlando, Florida

for purposes of his wedding anniversary. In support of such Motion, Defendant does state as

follows:

1.  That pursuant to this Court's order, Defendants ability to travel was restricted to the

Northern District of Illinois and the Southern District of Georgia.

2.  Defendant is desirous of traveling to Orlando, Florida for a brief vacation to celebrate

his ninth wedding anniversary with his wife from March 10, 2008 through March 14, 2008.

WHEREFORE, Defendant requests the court's permission to allow such travel as a

modification of the current terms and conditions of his release.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

Ralph J. Schindler, Jr.
Attorney for JAMES GREEN

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Blvd., Suite 818
Chicago, IL 60604
(312) 554-1040