UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 0107 |
| | ) | Judge Elaine Bucklo |
| LAWRENCE SKROBOT, et al. | ) | |
|     Defendant | ) | |

**Notice of Motion**

To:

Lisa Noller
Assistant U.S. Attorney
219 S. Dearborn 5th Floor
Chicago, Illinois 60604

    Please take notice that on Thursday, February 28, 2008, at the hour of 9:30 a. m. I will appear before the Honorable Elaine Bucklo in Room 1441 of the Dirksen Building, 219 S. Dearborn, Chicago, IL and shall there present the following:

**MOTION FOR LEAVE TO TRAVEL TO ORLANDO, FLORIDA**

A copy of which is hereby served upon you.

                        Respectfully submitted,

                        /s/ Ralph J. Schindler, Jr.

                        Ralph J. Schindler, Jr.
                        Attorney for JAMES GREEN

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Blvd., Suite 818
Chicago, IL 60604
(312) 554-1040

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 0107 |
| | ) | Judge Elaine Bucklo |
| LAWRENCE J. SKROBOT, et al. | ) | |
|     Defendant | ) | |

**Certificate of Service**

    I, Ralph J. Schindler, Jr., an attorney do certify that I did serve a copy of:

**<u>MOTION FOR LEAVE TO TRAVEL TO ORLANDO, FLORIDA</u>**

    upon:

Lisa Noller
Assistant U.S. Attorney
219 S. Dearborn 5th Floor
Chicago, Illinois 60604

and upon all other parties entitled to be served by electronic filing of such motion in accordance with Fed. R. Civ. P. 5 and LR 5.5 and the General Order on Electronic Case Filing (ECF) on this 21st Day of February, 2008.

                                    Respectfully submitted,

                                    /s/ Ralph J. Schindler, Jr.

                                  Ralph J. Schindler, Jr.
                                  Attorney for JAMES GREEN

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Blvd., Suite 818
Chicago, IL 60604
(312) 554-1040