UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 0107 |
| | ) | Judge Elaine Bucklo |
| LAWRENCE J. SKROBOT, et al. | ) | |
|     Defendant | ) | |

**MOTION TO EXTEND DATE FOR FILING OF PRETRIAL MOTIONS**

Now comes JAMES GREEN by and through his attorney, Ralph J. Schindler, Jr., and does move this court for an extension of time to file Pretrial Motions. In support of such Motion, Defendant does state as follows:

1. On February 14, 2008, the court appointed the undersigned to represent Mr. James Green in this matter, pursuant to the Criminal Justice Act.

2. On February 14, 2008, Defendant was arraigned, with the undersigned present, before Magistrate Judge Geraldine Soat Brown and entered his plea of Not Guilty to the Indictment. On Febryary 14, 2008, this Court ordered all pretrial motions to be filed on or before March 3, 2008.

3. On or about February 25, 2008, counsel for the Defendant received a packet of documents from the government. This packet contains 9 compact discs of documents.

4. Counsel is currently scheduled to begin an 8 week trial before Judge Norgle in the Northern District of Illinois in the case of *United States vs. Skrobot, et al.* 04 CR 372 on February 26, 2008. Due to counsel's involvement in that case and the voluminous records, Counsel seeks an additional 60 days to complete his review of such documents and to consult with Defendant.

WHEREFORE, it is respectfully requested that this Court grant an additional 60 days for the filing of Pretrial Motions in this matter.

                Respectfully Submitted,

                /s/ Ralph J. Schindler, Jr.

                Ralph J. Schindler, Jr.
                Attorney for JAMES GREEN

Ralph J. Schindler, Jr.
53 West Jackson Blvd. Suite 818
Chicago, IL. 60604
(312) 554-1040
Attorney No.: 2484471