# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                            Case No.: 1:08–cr–00107

                                            Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Motion to leave the jurisdiction [84] and motion for extension of time (92) noticed for hearing on 2/27/08 are entered and continued as to James Green (14) to 2/28/2008 at 09:15 AM. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.