**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00107
　　　　　　　　　　　　　　　　　　 Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :As to James Green, the motions (84 and 92) set for hearing on 2/28/08 are continued to 2/29/2008 at 09:15 AM. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.