UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                Case No.: 1:08−cr−00107
                                                Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Motion to leave the jurisdiction [84] heard on 2/29/08 and the motion is granted as to James Green (14). Accordingly, defendant James Green is allowed to travel to Orlando, Florida from March 10 to April 8, 2008. Motion for extension of time [92] to file pretrial motion also is granted as to James Green (14).Pursuant to government's request, all defendants have 60 days within which to file their pretrial motions. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.