UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
|     Plaintiff ) | | |
| ) | | |
| v. ) | No. 08 CR 0107 | |
| ) | Judge Elaine Bucklo | |
| JAMES GREEN, et al. ) | | |
|     Defendant ) | | |

**MOTION FOR A LIST OF WITNESSES**

    Now comes the Defendant, JAMES GREEN, by and through his attorney, Ralph J. Schindler, Jr., and does move this Honorable Court for the entry of an order requiring the government to produce a list of witnesses. In support of such Motion, Defendant does state the following:

    1. In the exercise of its discretion, The Court may direct the government to produce a list of witnesses in advance of trial. See United States v. Napue, 834 F.2d 1311, 1381 (7th Cir 1987); United States v. Turkish, 458 F. Supp. 874, 881 (S.D.N.Y. 1978); United States v. Price, 448 F. Supp. 503 (D.Col. 1978).

    2. This power is necessarily implicit in any fair reading of Rules 16(b) and 7(f) of the Federal Rules of Criminal Procedure. See, e.g., Will v. United States, 389 U.S. 90 (1967); United States v. Jackson, 508 F.2d 1001, 1006 (7th Cir. 1975); United States v. Beasley, 519 F.2d 233, 246 n.11 (5th Cir. 1975); United States v. Moseley, 405 F.2d 506 (5th Cir. 1971).

    3. A witness list will promote judicial economy, enable the defendants to prepare more efficiently for trial and streamline the trial in this case. See United States v. Climatemp, Inc., 482 F.2d 376, 390 (N.D.Ill. 1979), aff'd *sub nom*, United States v. Reliance Sheet Metal Works, Inc.,

705 F.2d 461 (7th Cir. 1979) (list of witnesses would enable the court to determine with some degree of accuracy, the length of time to be allocated for trail and would expedite the trial by fostering a more purposeful cross examination.

    4. A list of witnesses will also ensure that the defendants are provided with effective assistance of counsel. A list of witnesses is especially appropriate in this case, because the defendants do not know the identity of all the government's witnesses and the trial proposes to be lengthy. Accordingly, the government should be ordered to produce a list of witnesses before trial. See United States v. Savides, 661 F.Supp. 1024 (N.D. Ill. 1987) (ordering government to produce list of witnesses in large scale drug case so that counsel may provide competent representation and conduct meaningful investigation).

    WHEREFORE, Defendant prays for the entry of an order requiring the government to provide a list of witnesses prior to trial of this matter.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

_____

Ralph J. Schindler, Jr.
Attorney for JAMES GREEN

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Attorney No.: 2484471