UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 0107 |
| | ) | Judge Elaine Bucklo |
| JAMES GREEN, et al. | ) | |
|     Defendant | ) | |

### MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

Now comes the Defendant JAMES GREEN, by his attorney Ralph J. Schindler, Jr., and respectfully moves this Honorable Court to grant defendant JAMES GREEN, leave to file additional motions, to the extent, and as they become necessary and pertinent.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

_____
Ralph J. Schindler, Jr.
Attorney for JAMES GREEN

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Attorney No.: 2484471

1