UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 0107 |
| | ) | Judge Elaine Bucklo |
| JAMES GREEN, et al. | ) | |
| Defendant | ) | |

## MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO SUBMIT A SANTIAGO PROFFER

Now comes the Defendant JAMES GREEN, by his attorney Ralph J. Schindler, Jr., and respectfully moves this Honorable Court for the entry of an order requiring the Government to file a *Santiago* proffer, establishing pursuant to Rule 801(c) and 802 of the Federal Rules of Evidence the admissibility of co-conspirator statements, specifically establishing that:

a) A conspiracy existed;

b) The defendant and the declarants were members of the alleged conspiracy; and

c) That any such statements were made during the course of and in furtherance of the alleged conspiracy.

WHEREFORE, Defendant JAMES GREEN, prays this Honorable Court enter an order requiring the United States Attorney's Office to file a *Santiago* proffer at the earliest possible time.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.
Ralph J. Schindler, Jr.
Attorney for JAMES GREEN

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Attorney No.: 2484471

1