UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 0107 |
| | ) | Judge Elaine Bucklo |
| JAMES GREEN, et al. | ) | |
| Defendant | ) | |

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

Now comes the Defendant JAMES GREEN, by his attorney Ralph J. Schindler, Jr., and respectfully moves this Honorable Court to grant defendant JAMES GREEN, leave to adopt motions of Co-Defendants to the extent such Motions are not incompatible with the motions presented on behalf of Mr. Green by his appointed counsel.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

_____
Ralph J. Schindler, Jr.
Attorney for JAMES GREEN

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Attorney No.: 2484471

1