UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 0107 |
| | ) | Judge Elaine Bucklo |
| JAMES GREEN, et al. | ) | |
| Defendant | ) | |

## MOTION TO SEVER

Now comes the Defendant, JAMES GREEN, by and through his attorney, Ralph J. Schindler, Jr., and does move this court to Sever Defendant JAMES GREEN from his co-defendants. In support of such Motion, Defendant does state the following:

1. Defendant believes that certain co-defendants may possess certain exculpatory evidence relative to JAMES GREEN'S involvement in the alleged conspiracy. Specifically, it is believed that certain co-defendants could testify relative to the independence of Mr. Green from other alleged members of the conspiracy. It is believed that such individuals might indicate that, if in fact Mr. Green was involved in the alleged conspiracy, his involvement was independent of and separate from the group and other exculpatory items.

2. At trial of this matter, Mr. Green may seek to have his co-defendants testify in his defense.

3. Likewise, it is believed that certain co-defendants may wish to have Mr. Green testify in their defense.

4. Should either party be called, such party may be forced to claim his Fifth Amendment rights before the jury.

5. It is believed that Mr. Green's defense of being an independent operator may be difficult for a jury to discern when barraged by allegations relative to the co-defendant's actions. Accordingly, Mr. Green's defense will be highly prejudiced by the joinder with his co-defendants.

Based on the above, it is respectfully requested that Defendant JAMES GREEN be severed for purposes of the trial of this matter.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

_____

Ralph J. Schindler, Jr.
Attorney for JAMES GREEN

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Attorney No.: 2484471