UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff )<br> )<br>v. )<br> )<br>JAMES GREEN, et al. )<br>      Defendant ) | No. 08 CR 0107<br>Judge Elaine Bucklo |

## NOTICE OF FILING

To: **SEE SERVICE LIST ATTACHED**

     Please take notice that on Friday, May 2, 2008, I did file with the Clerk of the District Court for the Northern District of Illinois the following:

**MOTION FOR A LIST OF WITNESSES**
**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**
**MOTION FOR NOTICE OF INTENT TO USE EXPERT WITNESS TESTIMONY**
**AND FOR A *DAUBERT* HEARING ON ANY SUCH OPINIONS**
**MOTION FOR PRODUCTION OF FAVORABLE EVIDENCE**
**MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO SUBMIT**
**A SANTIAGO PROFFER**
**MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS**
**MOTION TO SEVER**

A copy of which is hereby served upon you.

                                   Respectfully Submitted,

                                   /s/ Ralph J. Schindler, Jr.

                                   Ralph J. Schindler, Jr.
                                   Attorney for JAMES GREEN

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Attorney No.: 2484471

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 0107 |
| | ) | Judge Elaine Bucklo |
| JAMES GREEN, et al. | ) | |
| Defendant | ) | |

**Certificate of Service**

I, Ralph J. Schindler, Jr., an attorney do certify that I did serve a copy of

**MOTION FOR A LIST OF WITNESSES**
**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**
**MOTION FOR NOTICE OF INTENT TO USE EXPERT WITNESS TESTIMONY**
**AND FOR A *DAUBERT* HEARING ON ANY SUCH OPINIONS**
**MOTION FOR PRODUCTION OF FAVORABLE EVIDENCE**
**MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO SUBMIT**
**A SANTIAGO PROFFER**
**MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS**
**MOTION TO SEVER**

Upon:  Ms. Lisa Noller
Assistant U.S. Attorney
219 S. Dearborn 5th Floor
Chicago, Illinois 60602

and upon all other parties entitled to be served by electronic filing of such motion in accordance with Fed. R. Civ. P. 5 and LR 5.5 and the General Order on Electronic Case Filing (ECF) on this 2nd Day of May, 2007.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

_____
Ralph J. Schindler, Jr.
Attorney for JAMES GREEN

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040
Attorney No.: 2484471